# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RONALD ALLISON.,<br>        Plaintiff,<br>v.<br>CLARK COUNTY DETENTION CENTER,<br>        Defendant. | Case No.: 2:21-cv-00149-JAD-DJA<br><br>**REPORT AND RECOMMENDATION** |

In considering Plaintiff's complaint and failure to pay the filing fee or submit a request to proceed *in forma pauperis,* the Court ordered Plaintiff to file a completed application or pay the filing fee by February 22, 2021. (ECF No. 3). Further, the Court indicated that "if Plaintiff does not file a complaint and a fully complete application to proceed in forma pauperis with all three documents or pay the full $402 filing fee for a civil action on or before February 22, 2021, the Court will recommend that this action be dismissed without prejudice." *Id*. at 3. To date, the Court has not received an application, the filing fee, or any request to extend the deadline set by the Court's Order (ECF No. 3). Moreover, Plaintiff has failed to update his contact information and it appears as though he is no longer interested in prosecuting this action. (ECF Nos. 4-5).

Accordingly, the undersigned **RECOMMENDS** that this case be **DISMISSED**.

## NOTICE

This report and recommendation is submitted to the United States District Judge assigned to this case under 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation may file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely

objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

Dated: February 26, 2021

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE